**Order entered March 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01321-CV

### MARK RINES, Appellant

### V.

### CITY OF CARROLLTON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07615**

## ORDER

Before the Court is appellant Mark Rines's February 28, 2018 motion requesting "a copy of the reporter's electronic recordings." Specifically, appellant states (1) the trial court ordered the court reporter to "forward the tapes" to this Court and (2) he "requests the recordings be made available on CD or DVD media, or preferably, to be made accessible by download from the 'attorney portal' or similar on-line access."

Appellant's request for a copy of the court reporter's electronic recordings is **DENIED**.

/s/ DOUGLAS S. LANG
   JUSTICE